NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AQUAWOOD, LLC (trading as ToyQuest),**
*Plaintiff-Appellee,*

**v.**

**WORLDSLIDE, LLC** AND **FORREST B. PHILLIPS,**
*Defendants-Appellants.*

---

2013-1592

---

Appeal from the United States District Court for the Central District of California in No. 11-CV-5611, Judge John F. Walter.

---

**JUDGMENT**

---

STEPHEN M. LOBBIN, The Eclipse Group, LLP, of Irvine, California, argued for plaintiff-appellee.

WILLIAM S. BERNHEIM, Bernheim, Gutierrez & McCready, of Dixon, California, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 10, 2014 | /s/  Daniel  E.  O'Toole |
|:---:|:---:|
| Date | Daniel E. O'Toole |
| | Clerk of Court |